AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*  Tallman, Richard C. | 2. Court or Organization  Ninth Circuit Court of Appeals | 3. Date of Report  10/20/1999 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*  U.S. Circuit Judge Nominee | 5. Report Type (check type)  X Nomination, Date 10/20/1999  ___ Initial  ___ Annual  ___ Final | 6. Reporting Period  01/01/1998 to 10/20/1999 |
|---|---|---|

| 7. Chambers or Office Address  Tallman & Severin LLP  1011 Western Ave., Suite 803  Seattle, WA 98104-1040 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

☐ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| 1 | Partner | Tallman & Severin LLP |
| 2 | Member | Bogle & Gates, P.L.L.C. |
| 3 | Executive Board Member | Chief Seattle Council, Boy Scouts of America |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

☐ NONE (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1 | 1999 | Tallman & Severin LLP 401(k) Plan with former law firm, control over only my portion |
| 2 | 1999 | Tallman & Severin LLP, payout of interest in former law firm and compensation for legal services rendered before becoming a judge |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

☐ NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1 | 1997 | Bogle & Gates, P.L.L.C., Partnership Income | $ 206,572.00 |
| 2 | 1998 | Bogle & Gates, P.L.L.C., partnership income | $ 207,755.00 |
| 3 | 1999 | Tallman & Severin LLP, partnership income | $ 54,000.00 |
| 4 | 1997 | Seattle Police Department (S) | |

Page 1

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE | (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE | (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ NONE | (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets. Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Tallman & Severin LLP 401(k) Plan A.I.M. Mutual Funds (J) | | None | O | T | Exempt | | | | |
| 2 Procyte Corp. common stock (J) | | None | J | T | Exempt | | | | |
| 3 City of Sea. Def. Comp. Plan Fidelity Invest. Mut. Funds (J) | | None | M | T | Exempt | | | | |
| 4 Washington State Law Enf. Off. Retirement Plan (J) | | None | M | U | Exempt | | | | |
| 5 Union Bank of California, Sea., checking & savings accts (J) | A | Interest | J | T | Exempt | | | | |
| 6 Seattle City Credit Union savings account (J) | A | Interest | J | T | Exempt | | | | |
| 7 Washington Mutual Bank, Sea., checking & savings accts (J) | A | Interest | J | T | Exempt | | | | |
| 8 Bogle & Gates, P.L.L.C., Seattle 1998 (J) | B | Interest | J | T | Exempt | | | | |
| 9 Bogle & Gates, P.L.L.C., Seattle 1998 (J) | A | Dividend | J | T | Exempt | | | | |
| 10 IRA Distribution 1998 (J) | D | Distribution | J | T | Exempt | | | | |
| 11 Bogle & Gates, P.L.L.C., Seattle 1999 (J) | A | Dividend | J | T | Exempt | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessr | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

Page 3

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

Page 4

**SECTION HEADING.**   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4. | Trustee   Tallman & Severin LLP 401(k) Plan | |

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 1998 | Seattle Police Department (S) | $    0.00 |
| 6 | 1999 | Seattle Police Department (S) | $    0.00 |

**SECTION HEADING.**   (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART  1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|

PART  3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Richard C. Tallman_    Date _10/20/99_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Page 6

# NET WORTH
## Richard C. and Cynthia O. Tallman

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 22,010 | | Notes payable to banks—secured | 0 | |
| U.S. Government securities—add schedule | 0 | | Notes payable to banks—unsecured | 0 | |
| Listed securities—add schedule | 699,593 | | Notes payable to relatives | 0 | |
| Unlisted securities—add schedule | 0 | | Notes payable to others | 0 | |
| Accounts and notes receivable: | 0 | | Accounts and bills due | 0 | |
| Due from relatives and friends | | | Unpaid income tax | 0 | |
| Due from others | | | Other unpaid tax and interest | 3,503 | |
| Doubtful | | | Real estate mortgages payable—add schedule | 438,600 | |
| Real estate owned—add schedule | 570,000 | | Chattel mortgages and other liens payable | 0 | |
| Real estate mortgages receivable | 0 | | Other debts—itemize: | 0 | |
| Autos and other personal property | 80,500 | | | | |
| Cash value—life insurance | 10,734 | | | | |
| Other assets—itemize: | | | | | |
| Cynthia's state retirement | 112,503 | | | | |
| Richard's office equipment | 11,202 | | | | |
| Richard's law firm cap. acct | 10,000 | | Total Liabilities | 442,103 | |
| | | | Net Worth | 1,074,439 | |
| Total Assets | 1,516,542 | | Total liabilities and net worth | 1,516,542 | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | none | | Are any assets pledged? (Add schedule.) No | | |
| On leases or contracts | none | | Are you defendant in any suits or legal actions? yes, see schedule. | | |
| Legal Claims | none | | Have you ever taken bankruptcy? No | | |
| Provision for Federal Income Tax | 9,500 | | | | |
| Other special debt | none | | | | |